An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON KING, P.E., IN HIS CAPACITY AS THE NEVADA STATE ENGINEER; THE STATE OF NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES; AND SOUTHERN NEVADA WATER AUTHORITY,
Petitioners,
vs.
THE SEVENTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WHITE PINE; AND THE HONORABLE ROBERT E. ESTES,
Respondents,
and
MILLARD COUNTY, UTAH; ET AL.,
Real Parties in Interest.

No. 65776

**FILED**

MAY 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This petition for a writ of mandamus challenges a district court order remanding a water law decision to the State Engineer for additional proceedings. Having reviewed the petition and other briefs before this court, we conclude that petitioners have an adequate legal remedy in the form of a petition for judicial review, or subsequent appeal, from any adverse decision on remand. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (explaining that the right to appeal is generally an adequate legal remedy

precluding writ relief); *see also* NRS 533.450(1) and (9) (governing appeal rights in water law cases). Accordingly, writ relief is precluded, and we ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.     _____, J.
Parraguirre                                    Douglas

_____, J.     _____, J.
Cherry                                          Saitta

_____, J.     _____, J.
Gibbons                                        Pickering

cc:     Hon. Robert E. Estes, Senior Judge
        Attorney General/Carson City
        Dana R. Walsh
        Lewis Roca Rothgerber LLP/Las Vegas
        Taggart & Taggart, Ltd.
        Gregory J. Walch
        Weinstein, Pinson & Riley
        J. Mark Ward
        Rhodes Law Office, Ltd.
        Lionel Sawyer & Collins/Las Vegas
        White Pine County District Attorney
        Echo Hawk Law Office
        Alexander, Berkey, Williams & Weathers LLP
        Kaempfer Crowell/Reno
        Simeon M. Herskovits
        White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A